Fill in this information to identify the case:

Debtor 1   Molly Rebekah Jones
           fka Molly Rebekah Vaughan

Debtor 2   _____
(Spouse, if filing)

United States Bankruptcy Court for the SOUTHERN District of INDIANA

Case number 19-90542-AKM-13

Official Form 410S1

# Notice of Mortgage Payment Change                                              12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST

**Court claim no.** (if known): 17-4

**Last 4 digits** of any number you use to identify the debtor's account: 1571

**Date of payment change:** 5/1/2020
Must be at least 21 days after date of this notice

**New total payment:** $1,054.91
Principal, interest, and escrow, if any

---

**Part 1:** Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ■ No.
   ☐ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: _____   New escrow payment: _____

**Part 2:** Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ■ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:       9.875%         New interest rate:       9.125%

   Current principal and interest payment: $1,098.10   New principal and interest payment: $1,054.91

**Part 3:** Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment _____   New mortgage payment: _____

---

Debtor 1 <u>Molly Rebekah Jones</u>  Case number *(if known)* <u>19-90542-AKM-13</u>
<u>fka Molly Rebekah Vaughan</u>
        Print Name        Middle Name        Last Name

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Darrelyn Thomas</u>         Date  <u>03/20/2020</u>
    Signature

Print        Darrelyn Thomas                                   Title    Authorized Agent for Creditor
             First Name        Middle Name        Last Name

Company     Robertson, Anschutz, Schneid & Crane LLC

Address     10700 Abbott's Bridge Road, Suite 170
            Number    Street

            Duluth  GA 30097
            City                                State      ZIP Code

Contact Phone  470-321-7112                               Email  dthomas@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____March 24, 2020_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Mark S. Zuckerberg
Walton Legal Services, P.C.
5610 Crawfordsville Rd. Ste. 1200
Indianapolis, IN 46224-3784

Joseph M. Black, Jr.
Office of Joseph M. Black, Jr.
PO Box 846
Seymour, IN 47274

U.S. Trustee
Office of U.S. Trustee
101 W. Ohio St.. Ste. 1000
Indianapolis, IN 46204

Molly Rebekah Jones
19 West College Street
North Vernon, IN 47265

 

        Robertson, Anschutz, Schneid & Crane LLC
        Authorized Agent for Secured Creditor
        10700 Abbott's Bridge Road, Suite 170
        Duluth, GA 30097
        Telephone: 470-321-7112
        Facsimile: 404-393-1425

        By: _____/s/ Kristin Williams_____
             Kristin Williams
             Krwilliams@rascrane.com



PO Box 24610
Oklahoma City, OK  73124-0610

March 18, 2020

Mark S. Zuckerberg
Walton Legal Services, P.C.
5610 Crawfordsville Rd. Ste. 1200
Indianapolis, IN 46224-3784

RE:  Caliber Account Number:
       Property Address:  19 West College Street
                          North Vernon, In 47265

## Changes to Your Mortgage Interest Rate and Payments on May 01, 2020

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 12-month period during which your interest rate stayed the same, with all subsequent interest rate changes occurring every 012 months thereafter. The next adjustment date is on 04/01/2021, so on that date your interest rate and mortgage payment change. After that, your Interest rate may change every 012 months for the rest of your loan term.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 9.87500 % | 9.12500 % |
| Principal and Interest | $1,098.10 | $1,054.91 |
| Escrow | $0.00 | $0.00 |
| **Total Monthly Payment** | $1,098.10 | $1,054.91 |

If the total monthly payment includes an escrow amount for property taxes, hazard insurance and other escrowed expenses (if applicable), these payments may be adjusted periodically in accordance with applicable law. The amounts shown above are based on current data.

If you are continuing to experience a hardship, please contact Caliber Home Loans in order to assess your current situation and propose solutions. You may reach us directly by calling 800-621-1437. Our business hours are 8 a.m. to 9 p.m., Central Time, Monday through Thursday; 8 a.m. to 7 p.m., Central Time, Friday; and 7 a.m. to 4 p.m., Central Time on Saturday. You may also visit our website at caliberhomeloans.com for additional information.

Sincerely,

Caliber Home Loans Inc.

If you need financial counseling, you may obtain a list of HUD-approved nonprofit counseling organizations by calling 1-800-569-4287 or by visiting www.hud.gov/findacounsler.

**Notice to Consumers presently in Bankruptcy or who have a Bankruptcy Discharge:** If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.

**THIS IS AN ATTEMPT BY A DEBT COLLECTOR TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**